UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Lee,

                    Plaintiff,

        -against-
DNVB, Inc d/b/a Thursday Boot Company,

                    Defendant.

25-CV-04393 (GHW) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Thursday, April 9, 2026 at 2:30 PM.** The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 957 433 458#.

DATED:  April 6, 2026
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge